**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1866**

DONALD B. TEAGUE,

                    Plaintiff – Appellant,

          v.

PATRICIA MEREDITH,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (5:10-cv-00039-RLV-DCK)

Submitted:  December 15, 2011      Decided:  December 19, 2011

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald B. Teague, Appellant Pro Se.  Paul Bradford Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald B. Teague appeals the district court's order granting summary judgment to Defendant in Teague's civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Teague's informal brief does not challenge the basis for the district court's disposition, Teague has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>